UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVIS

UNITED STATES OF AMERICA,

v.

EMMANUEL TRAMAN PERCY,

Defendant.

_____/

Case: 2:26-cr-20519
Assigned To : Goldsmith, Mark A.
Referral Judge: Patti, Anthony P.
Assign. Date : 8/6/2026
Description: IND USA V SEALED  (MRS)

Violation: 18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about February 7, 2026, in the Eastern District of Michigan, Southern Division, the defendant, EMMANUEL TRAMAN PERCY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Smith & Wesson, SD9 2.0, 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant

1

to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, the defendant, EMMANUEL TRAMAN PERCY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in and used in any knowing violation of said offense, including, but not limited to: one Smith & Wesson, SD9 2.0, 9mm pistol and related ammunition.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney


*s/Mark Bilkovic*
Mark Bilkovic
Chief, Violent and Major Crimes Unit
Assistant United States Attorney


*s/Robert Kuhn*
Robert Kuhn
Assistant United States Attorney

Dated: August 6, 2026

2

| United States District Court Eastern District of Michigan | Criminal Case Cover | Case: 2:26-cr-20519 Assigned To : Goldsmith, Mark A. Referral Judge: Patti, Anthony P. Assign. Date : 8/6/2026 Description: IND USA V SEALED  (MRS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorn____ respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** *s/R.K.* |

**Case Title:**  U.S. Emmanuel Traman Percy

**County where offense occurred:**  Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

## Superseding Case Information

**Superseding to Case No:**  _____     **Judge:**  _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

_____August 6, 2026_____
Date

_____

Robert Kuhn
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.Kuhn@usdoj.gov
(313) 226-9707
Bar #: P83821

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.